JOHN C. RODGERS, Appellant, *v.* FRANK H. CLEMENT, Respondent.

(Submitted April 30, 1900; decided May 15, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 422.)

---

COMMERCIAL BANK, Respondent, *v.* BEAMAN CATTO, Appellant, Impleaded with Others.

*Commercial Bank* v. *Catto*, 20 App. Div. 236, affirmed.
(Argued May 2, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 9, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Charles R. Carruth* and *Frederic L. Reynolds* for appellant.

*Edward Harris* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not sitting: WERNER, J.